## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Shawn Suter,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Chase Bank USA, N.A.,<br><br>　　　　　　Defendant. | Case No. 17-cv-1916 DWF/SER |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED**, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and between Plaintiff Shawn Suter and Defendant Chase Bank USA, N.A., by and through their undersigned counsel, that all claims in this action that were, or could have been, asserted against Chase Bank USA, N.A. may be, and the same hereby are, **dismissed with prejudice**.  Each party shall bear their own costs and attorney's fees.

Dated:  July 10, 2017

　　　　　　　　　　　　　　　　　*/s/ Bennett Hartz*
　　　　　　　　　　　　　　　　　Andrew C. Walker (#392525)
　　　　　　　　　　　　　　　　　Bennett Hartz (#393136)
　　　　　　　　　　　　　　　　　Walker and Walker Law Offices, PLLC
　　　　　　　　　　　　　　　　　4356 Nicollet Avenue South
　　　　　　　　　　　　　　　　　Minneapolis, MN 55409
　　　　　　　　　　　　　　　　　Telephone:  (612) 824-4357
　　　　　　　　　　　　　　　　　E-mail:  andrew@bankruptcytruth.com
　　　　　　　　　　　　　　　　　E-mail:  bennett@bankruptcytruth.com

　　　　　　　　　　　　　　　　　**ATTORNEY FOR PLAINTIFF**

2

| | |
|---|---|
| Dated:  July 10, 2017 | */s/ Calvin P. Hoffman*<br>Bryant D. Tchida (#314298)<br>Calvin P. Hoffman (#0390375)<br>STINSON LEONARD STREET LLP<br>150 South Fifth Street, Suite 2300<br>Minneapolis, MN 55402<br>Telephone:  (612) 335-1500<br>E-mail:  bryant.tchida@stinson.com<br>E-mail:  calvin.hoffman@stinson.com<br><br>**ATTORNEYS FOR DEFENDANT** |